CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED for Hbg
MAY 29 2012
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Action No. 5:09CR00016-01 |
| v. | ) | |
| | ) | **ORDER** |
| RYAN DUANE DENT, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | Chief United States District Judge |

This case is presently before the court on the defendant's motions for reconsideration (Docket Nos. 59 and 77). For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the defendants' motions are **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the defendant and all counsel of record.

ENTER: This 29th day of May, 2012.

_____
Chief United States District Judge